ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
California State Bar No. 236173
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-3275
Facsimile:  (213) 894-7819
E-mail: richard.park@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: CV 13-320 TJH (SPx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE [JS-6]** |
| GILBERT RAZO, an individual, | |
| Defendant. | Hon. Terry J. Hatter, Jr.<br>United States District Judge |

– 1 –

     Pursuant to the Stipulation for Compromise Settlement and Dismissal of Action ("Stipulation") filed by the parties, IT IS HEREBY ORDERED:

     1.   Plaintiff's action is dismissed with prejudice in its entirety;

     2.   Each party shall bear its own costs of suit and attorney's fees; and

     3.   The Court retains exclusive jurisdiction pending completion of the community service obligation or payment of the settlement amount set forth in the Stipulation.

DATED: Jan. 6, 2014 _____

                                       HON. TERRY J. HATTER, JR.
                                       UNITED STATES DISTRICT JUDGE